UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAHIR NAIL YIRMIBESOGLU,

    Defendant.

Case No. MJ12-87

**DETENTION ORDER**

Defendant is charged with distribution of child pornography and possession of child pornography. On February 24, 2012, the Court conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and found that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant entered the Country in 2010 and has minimal ties to this area. While he is married and his wife lives in the district, most of his family resides in Turkey. Defendant is not a U.S. citizen but a Turkish citizen. He faces serious charges and if convicted may serve a lengthy prison sentence. Given his lack of ties and foreign citizenship he has the incentive to flee and a foreign county to flee to. The government's case as set forth in the complaint also appears to be

DETENTION ORDER - 1

strong. Defendant is in the country on a student visa and needs to remain in school to maintain that status. The government has proffered that if released, defendant's current school would place him into contact with minors.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of February, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge